This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40832

IN THE MATTER OF THE DIRECT
CRIMINAL CONTEMPT OF ALAN
H. MAESTAS,

Attorney-Appellant.

APPEAL FROM THE DISTRICT COURT OF UNION COUNTY
Melissa A. Kennelly, District Court Judge

Kathryn J. Hardy Law, LLC
Kathryn J. Hardy
Taos, NM

for Appellant

## MEMORANDUM OPINION

**DUFFY, Judge.**

{1}     Appellant appeals from the district court's order of contempt. On appeal, Appellant asserts the district court erred in proceeding with sentencing without the presence of the prosecutor and by imposing an excessive sentence. This Court issued a notice of proposed disposition, proposing to affirm. In response, Appellant filed a notice of intent not to file a memorandum in opposition. Therefore, in the absence of opposition and for the reasons outlined in our notice of proposed disposition, we affirm. *See Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287 ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice.").

{2}     IT IS SO ORDERED.

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**JANE B. YOHALEM, Judge**

**KATHERINE A. WRAY, Judge**